United States Bankruptcy Court
District of New Hampshire

In re:                                                                    Case No. 12-13875-BAH
Anthony A. Merullo                                                        Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0102-1          User: dcs           Page 1 of 3          Date Rcvd: Apr 24, 2018
                             Form ID: 3180W       Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2018.
```
db              Anthony A. Merullo,    P. O. Box 548,    Epsom, NH  03234-0548
r              +Allison James Estates & Homes/Gene Fennelly & Asso,    163 Amherst Street,
                Nashua, NH 03064-1367
acc            +Spead Tax Group, PLLC,    50 Lake View Drive,    New Hampton, NH 03256-4622
2585707         Balanced Healthcare Receivables,    141 Burke St,    Nashua, NH 03060-4757
2585708         Benuck & Rainy, Inc.,    399 US Highway 4,    Barrington, NH  03825
2585711         Capital One Bank (USA) NA,    PO Box 12907,    Norfolk, VA  23541-0907
2585712        +Concord Eye Care PC,    248 Pleasant St,    Concord, NH 03301-7513
2585713        +Concord Imaging Center,    248 Pleasant St,    Concord, NH 03301-7562
2585717         Electromedical Associates, Inc.,    PO Box 473,    Amherst, NH  03031-0473
2585721         Goldman Sachs Mortgage Company,    Bankruptcyt Dept., Ocwen Loan Ser.,,
                1661 Worthington Rd Ste 100,    West Palm Beach, FL  33409-6493
2585722        +Gragil Associates,    29 Winter St,    Pembroke, MA 02359-4949
2585723         HSBC,   MRC,    PO Box 115,    Dekalb, IL  60115-0115
2585727         Joe Coulp,    106 Dover Neck Rd,    Dover, NH  03820-4931
2585730         Medical-Eliot Physicians Network,    40 Buttrick Rd.,    Londonderry, NH  03053-3381
2585731         Merullo, Deyise L.,    PO Box 7068,    Loudon, NH 03307-7068
2585732         Mundaca Investment Corp.,    C/O Haughey, Philpot & Laurent, P.A.,    816 N Main St,
                Laconia, NH  03246-2603
2585733         New England Brace Co., Inc.,    15 Nelson St Ste 1,    Manchester, NH  03103-2706
2585736         Schechtman Halperin Savage, LLP,    1080 Main St,    Pawtucket, RI  02860-4847
2585737         Scot Schmid,    675 N Pembroke Rd,    Pembroke, NH  03275-3818
2585881        +State of New Hampshire,    Dept. of Employment Security,    Attn: Arnold Rocklin-Weare,
                32 South Main Street,    Concord, NH 03301-4817
2640232        +Town of Hudson, Town Clerk/Tax Collector,    12 School Street,    Hudson, NH 03051-4249
2713365         eCast Settlement Corp,    PO Box 28136,    New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
2585709        +EDI: CAPITALONE.COM Apr 24 2018 22:48:00      Capital One,    P. O. Box 30281,
                Salt Lake City, UT 84130-0281
2585710         EDI: CAPITALONE.COM Apr 24 2018 22:48:00      Capital One Bank (USA) NA,    PO Box 71083,
                Charlotte, NC  28272-1083
2593674        +EDI: BASSASSOC.COM Apr 24 2018 22:48:00      Capital One, N.A.,    Bass & Associates, P.C.,
                3936 E. Ft. Lowell Road, Suite #200,    Tucson, Az 85712-1083
2585716         EDI: DISCOVER.COM Apr 24 2018 22:48:00      Discover Financial Services LLC,    PO Box 15316,
                Wilmington, DE  19850-5316
2585714         E-mail/Text: Conifer-DH-Bankruptcy.Notification@coniferhealth.com Apr 24 2018 18:40:58
                Dartmouth Hitchcock Clinic,    PO Box 10547,    Bedford, NH  03110-0547
2585715         EDI: DISCOVER.COM Apr 24 2018 22:48:00      Discover Bank,    DB Servicing Corporation,
                PO Box 3025,    New Albany, OH  43054-3025
2585718         EDI: FSAE.COM Apr 24 2018 22:49:00      Firstsource Advantage LLC,    205 Bryant Woods S,
                Amherst, NY  14228-3609
2585719         EDI: RMSC.COM Apr 24 2018 22:48:00      GE Capital Retail Bank,    Attn: Bankruptcy Dept.,
                P. O. Box 960061,    Orlando, FL  32896-0061
2585720         EDI: RMSC.COM Apr 24 2018 22:48:00      GE Money Bank/Care Credit,    P. O. Box 965036,
                Orlando, FL  32896-5036
2585724         EDI: HFC.COM Apr 24 2018 22:48:00      HSBC Best Buy,    PO Box 5253,
                Carol Stream, IL  60197-5253
2585725         EDI: IRS.COM Apr 24 2018 22:48:00      Internal Revenue Service,
                Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA  19101-7346
2585734         Fax: 407-737-5634 Apr 24 2018 19:09:35   Ocwen Loan Servcing LLC,
                1661 Worthington Rd Ste 100,    West Palm Beach, FL  33409-6493
2618015         EDI: PRA.COM Apr 24 2018 22:48:00      Portfolio Recovery Associates, LLC,    POB 41067,
                Norfolk VA 23541
2838785        +EDI: PRA.COM Apr 24 2018 22:48:00      PRA Receivables Management LLC,    PO box 41067,
                Norfolk VA 23541-1067
2585735         EDI: PRA.COM Apr 24 2018 22:48:00      Portfolio Recovery Asso. LLC,    PO Box 41067,
                Norfolk, VA  23541-1067
2585738         EDI: SEARS.COM Apr 24 2018 22:48:00      SEARS/CBNA,    PO Box 6282,
                Sioux Falls, SD  57117-6282
2585880         E-mail/Text: mdelorey@labor.state.nh.us Apr 24 2018 18:40:57      Wage and Hour Administrator,
                NH Department of Labor,    PO Box 2076,    Concord, NH 03302-2076
                                                                                  TOTAL: 17

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
2590005         Denyse Merullo
2585739*        Balanced Healthcare Receivables,    141 Burke St,    Nashua, NH  03060-4757
2585740*        Benuck & Rainy, Inc.,    399 US Highway 4,    Barrington, NH  03825
2585741*       +Capital One,    P. O. Box 30281,    Salt Lake City, UT 84130-0281
2585743*        Capital One Bank (USA) NA,    PO Box 12907,    Norfolk, VA 23541-0907
2585742*        Capital One Bank (USA) NA,    PO Box 71083,    Charlotte, NC  28272-1083
2585744*       +Concord Eye Care PC,    248 Pleasant St,    Concord, NH 03301-7513
2585745*       +Concord Imaging Center,    248 Pleasant St,    Concord, NH 03301-7562
```

```
District/off: 0102-1          User: dcs              Page 2 of 3              Date Rcvd: Apr 24, 2018
                             Form ID: 3180W          Total Noticed: 39

              ***** BYPASSED RECIPIENTS (continued) *****
2585748*       ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
                 (address filed with court:  Discover Financial Services LLC,   PO Box 15316,
                 Wilmington, DE  19850-5316)
2585746*       Dartmouth Hitchcock Clinic,   PO Box 10547,   Bedford, NH  03110-0547
2585747*       Discover Bank,   DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
2585749*       Electromedical Associates, Inc.,   PO Box 473,   Amherst, NH  03031-0473
2585750*       Firstsource Advantage LLC,   205 Bryant Woods S,   Amherst, NY  14228-3609
2623168*       GE Capital Retail Bank,   Attn: Bankruptcy Department,   PO Box 960061,   Orlando FL 32896-0661
2585751*       GE Capital Retail Bank,   Attn: Bankruptcy Dept.,   P. O. Box 960061,   Orlando, FL  32896-0661
2585752*       GE Money Bank/Care Credit,   P. O. Box 965036,   Orlando, FL  32896-5036
2585753*       Goldman Sachs Mortgage Company,   Bankruptcy Dept., Ocwen Loan Ser.,,
                 1661 Worthington Rd Ste 100,   West Palm Beach, FL  33409-6493
2585754*       +Gragil Associates,   29 Winter St,   Pembroke, MA 02359-4949
2585755*       HSBC,   MRC,   PO Box 115,   Dekalb, IL  60115-0115
2585756*       HSBC Best Buy,   PO Box 5253,   Carol Stream, IL  60197-5253
2585726*       ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,   P. O. Box 9502,   Portsmouth, NH  03802)
2585758*       ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,   P. O. Box 9502,   Portsmouth, NH  03802)
2585757*       Internal Revenue Service,   Centralized Insolvency Operation,   PO Box 7346,
                 Philadelphia, PA  19101-7346
2585759*       Joe Coulp,   106 Dover Neck Rd,   Dover, NH  03820-4931
2585760*       John S. McNicholas, Esq.,   Korde & Associates, P.C.,   321 Billerica Rd Ste 210,
                 Chelmsford, MA  01824-4100
2585761*       Medical Financial Solutions,   PO Box 50868,   Kalamazoo, MI  49005-0868
2585762*       Medical-Elliot Physicians Network,   40 Buttrick Rd,   Londonderry, NH  03053-3381
2585763*       Merullo, Deyise L.,   PO Box 7068,   Loudon, NH  03307-7068
2585764*       Mundaca Investment Corp.,   C/O Haughey, Philpot & Laurent, P.A.,   816 N Main St,
                 Laconia, NH  03246-2603
2585765*       New England Brace Co., Inc.,   15 Nelson St Ste 1,   Manchester, NH  03103-2706
2585766*       Ocwen Loan Servicing LLC,   1661 Worthington Rd Ste 100,   West Palm Beach, FL  33409-6493
2585767*       Portfolio Recovery Asso. LLC,   PO Box 41067,   Norfolk, VA  23541-1067
2585770*       SEARS/CBNA,   PO Box 6282,   Sioux Falls, SD  57117-6282
2585768*       Schechtman Halperin Savage, LLP,   1080 Main St,   Pawtucket, RI  02860-4847
2585769*       Scot Schmid,   675 N Pembroke Rd,   Pembroke, NH  03275-3818
2585728        ##John S. McNicholas, Esq.,   Korde & Associates, P.C.,   321 Billerica Rd Ste 210,
                 Chelmsford, MA  01824-4100
2585729        ##Medical Financial Solutions,   PO Box 50868,   Kalamazoo, MI  49005-0868
                                                                       TOTALS: 1, * 34, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2018 at the address(es) listed below:
              Joel Jay Rogge   on behalf of Debtor Anthony A. Merullo jjrogge@comcast.net,
              wendymbell@comcast.net
              Lawrence P. Sumski    SumskiCh13@gmail.com
              Michael T. McCormack   on behalf of Creditor    IRS michael.mccormack2@usdoj.gov,
              faye.guilmette@usdoj.gov;joanie.hederman@usdoj.gov;usanh.ecfcivil@usdoj.gov;francine.conrad@usdoj
              .gov
```

District/off: 0102-1          User: dcs                Page 3 of 3              Date Rcvd: Apr 24, 2018
                              Form ID: 3180W           Total Noticed: 39

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                Office of the U.S. Trustee    USTPRegion01.MR.ECF@usdoj.gov
                                                                                        TOTAL: 4

**Information to identify the case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Anthony A. Merullo** | | Social Security number or ITIN | **xxx–xx–4189** |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of New Hampshire Live Database** | | | |
| Case number: | **12–13875–BAH** | | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Anthony A. Merullo

<u>April 24, 2018</u>

**By the court:**     <u>/s/ Bruce A. Harwood</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**